UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FREDRICK BUSH,
        Petitioner,

v.                      C.A. No. 04-12122-JLT

DEPARTMENT OF CORRECTION,
        Respondent.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915:

It is ORDERED that:

☐    The Application to Proceed Without Prepayment of Fees and Affidavit is GRANTED.

☒    The Application to Proceed Without Prepayment of Fees and Affidavit is DENIED for the following reason(s):

Petitioner has paid the $5 filing fee, mooting this application.


10/12/04                /s/ Joseph L. Tauro
DATE                  UNITED STATES DISTRICT JUDGE