UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FREDRICK J. BUSH, <br><br> Petitioner <br><br> v. <br><br> JOSEPH MCDONOUGH, <br><br> Respondent. | Civil Action No. 04-12122-JLT |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for Respondent Joseph McDonough, in his capacity as the Sheriff of Plymouth County, Massachusetts, in the matter listed above.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

/s/ Randall E. Ravitz

Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2852

Dated: November 4, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on November 4, 2004, by first-class mail, postage prepaid, upon the following:

Fredrick J. Bush (pro se)
Plymouth County Correctional Facility
28 Long Pond Road
Plymouth, MA  02360.

_____
Randall E. Ravitz