1

# United States District Court
## District of Massachussetts

C.A. No 04-12122-JLT

Fredrick J. Bush
                    Petitioner,
          V.

Dept of Corrections,
                    Respondent.

Now comes petitioner who respectf-ully request this honorable Court to deny oppositions motion for dismissal of Petitioners Habeas Corpus motion for Releif from Unlawfull Restraint, and dismiss Respondents motion, Allow Petitioner A Forum to Substantiate his claims of Constitutional Violations, and deprivations to this honorable Court.

Wherefor: Respondent makes claim that petitioner has Failed to exhaust his State remedies, and is barred from the instant Action of Habeas Corpus relief of Federal Court.

(1) Petitioner States that he has clearly, and Lucidly presented his claims of Federally protected Constitutional rights that have been Violated, and deprived by State Agencies under color of State Law.

(2) Petitioner has filed Habeas Corpus on (June 24, 04-docketed) and two successive motions to Compel, recog-nize, State Court has Failed, or refused →

to recognize, acknowledge or address any of the three successive motions without reason, explanation or comment.

③ As in Purcell V. Horn, W.D. Pa. 2002, 187 F. Supp. 2d 260 (Habeas Corpus), petitioner has presented his Federal Claims verbatim to State Court either thru a direct appeal or in petition for post conviction relief, should satisfy States exhaustion requirement. As State Court was given opportunity correct alledged Violations, and passed on that opportunity, in fact ignored petitioners pleas for relief from Unlawfull Restraint completely.

④ As in exstrordinary cases of severe Violations, deprivations, proceedural infirmities that threaten the foundation of our Federally protected constitutional rights, the jurisdiction lies within the realm of the Federal Court System.
  As Federal Statute's purpose for protection from causes of passion, prejudice, neglect, intolerance or otherwise citizens enjoyments of rights, privileges, and immunities guaranteed by the Fourteenth Amendment might not be guaranteed by State Agencies.

⑤ where petitioner herein has presented claims to State Court to satisfy exhaustion requirement; even if he had not so done the constitution infimities of this case warrant circumvention of the exhaustion requirement and petitioner respectfully request he be allowed to present in detail, be heard by this →

honorable court to Substantiate his claims made in Habeas Corpus mot-ion, and to be Allowed Appropriate Legal Counsel to Aid in this endevor, this honorable court move foward with, action, relief Sought in the original filing of motion for Imedeate release, any other actions or remedies this honorable Court deems fit.

Therefor petitioner prays the forum for, relief Sought is granted.

Signned, deposes this 12th day in the filed month of November in the 2004th year of our Lord.

Respectfully

Fredrick J Bush