To: Judge Joeseph. L. Tauro,
Magistrate Judge Marianne Bowler

RE: Bush .V. McDonough
Doc# 1:04-CV-12122-JLT

Dear Mr Anastas:

   I am aware you, the Court are making a thorough compilation of all documents, and transcripts available in this case for review.
   Here are a few Exhibits you may not be aware of that are substantial to a complete review.
EX. A-1, 2, 3 are letters from the Judicial Conduct Commission exsplaining their investigation which a determination of Judge Balls ruling was to be forthcoming within 90 days and after several attempts to secure the report I am still being denied after over 8 mos.
   I exspect you will be able to procure the report.

over →

Ex. B-1, 2 are letters from the Bar Council detailing a review of my complaint of the subversive actions and furtive omissions, several violations of Mass. Rules of Professional Conduct which were accompanied by several exhibits of documentary and exspanatory evidence to corr- -oberate my claims; as it states that in accordance with S.J.C Rules, a report would be confidential to me. I exspect you would also be able to obtain this information.

Exhibit C-1 is a copy of my Habeas Corpus Motion to the State Court docketed on June 24, 2004 which was ignored along with two successive motions to Recognize, and Compell.



THE COMMONWEALTH OF MASSACHUSETTS
COMMISSION ON JUDICIAL CONDUCT
14 BEACON STREET   SUITE 102
BOSTON, MASSACHUSETTS 02108
(617) 725-8050
FAX (617) 248-9938



Exhibit A-1

February 18, 2004

Mr. Fredrick Bush
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

Dear Mr. Bush:

    We have received your complaint against Judge Carol S. Ball. A careful reading of your complaint indicates that you are asking the Commission to review the judge's decisions for error based on the merits of the case. That is the type of review that only appellate courts can give. The Commission on Judicial Conduct is not allowed to review any judge's decisions for error. Since this complaint does not fall within our jurisdiction, it has not been docketed.

                                        Sincerely,

                                        Jill Pearson
                                        Executive Director



**THE COMMONWEALTH OF MASSACHUSETTS**
**COMMISSION ON JUDICIAL CONDUCT**
14 BEACON STREET   SUITE 102
BOSTON, MASSACHUSETTS 02108
(617) 725-8050
FAX (617) 248-9938



Exhibit A-2

April 2, 2004

Mr. Fredrick Bush, ID #20903
Plymouth County Correctional Facility
26 Long Pond Road, Unit E-1, 202
Plymouth, MA 02360

Re: **Complaint Number 2004-25**

Dear Mr. Bush:

    You were informed in a March 8, 2004 letter that it first had to be determined whether good cause existed to investigate your complaint. We now realize that that determination is not necessary. Your complaint will now be investigated. You will be informed of the disposition.

Sincerely,

Jill Pearson
Executive Director



THE COMMONWEALTH OF MASSACHUSETTS
COMMISSION ON JUDICIAL CONDUCT

14 BEACON STREET   SUITE 102
BOSTON, MASSACHUSETTS 02108
(617) 725-8050
FAX (617) 248-9938



Exhibit A-3

August 12, 2004

Mr. Fredrick Bush
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, Massachusetts 02360

CONFIDENTIAL

Re:   Complaint Number 2004-25

Dear Mr. Bush:

    We have received your letters dated July 12 and August 3. Your complaint is currently under investigation. You will be informed by letter of the disposition.

Sincerely,

Tina Fisher
Staff Attorney

E1, 119

# OFFICE OF THE BAR COUNSEL
BOARD OF BAR OVERSEERS OF THE SUPREME JUDICIAL COURT
75 Federal Street
Boston, Massachusetts 02110
(617) 728-8750
Fax: (617) 357-1866
www.mass.gov/obcbbo

DANIEL C. CRANE
BAR COUNSEL



April 12, 2004

PERSONAL AND CONFIDENTIAL

Mr. Fredrick Bush
PCCF-26 Long Pond Road {20903,E-1,202}
Plymouth, MA 02360

RE: BBO File No(s). B3-04-0033SC (Michael Anthony Vitali, Esq.)

Dear Mr. Bush:

    We have received your correspondence. All correspondence is docketed and processed in the order received. The case has been assigned to Attorney Sarah Chambers for initial review.

    You are advised that in accordance with Supreme Judicial Court Rule 4:01 (20) these proceedings will be kept confidential by this office.

    Very truly yours,

    OFFICE OF THE BAR COUNSEL

/clp

# OFFICE OF THE BAR COUNSEL
BOARD OF BAR OVERSEERS OF THE SUPREME JUDICIAL COURT
75 Federal Street
Boston, Massachusetts 02110
(617) 728-8750
Fax: (617) 357-1866
www.mass.gov/obcbbo

DANIEL C. CRANE
BAR COUNSEL


Exhibit B3-2

May 5, 2004

Mr. Fredrick Bush
20903, #-1, 202
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

RE: BBO File No(s). B3-04-0033 (Michael Anthony Vitali, Esq.)

Dear Mr. Bush:

Enclosed please find a copy of the answer of Attorney Michael Anthony Vitali to the matter which you brought to our attention.

It is requested that you examine this correspondence and forward your comments to this office by **Monday, May 17, 2004**.

Thank you for your cooperation.

Very truly yours,

Sarah A. Chambers
Assistant Bar Counsel

SAC/md
Enclosure

## Commonwealth of Massachusetts
## County of Plymouth
### Office of Clerk of the Courts

*Francis R. Powers*
*Clerk*

*72 Belmont Street*
*Brockton Massachusetts 02301*

*Telephone:*
*Brockton: 508-583-8250*
*Plymouth: 508-747-6911*



Exhibit C-1

June 24, 2004

Honorable Margaret Hinkle
Justice of the Superior Court
Judges Lobby
Suffolk County Superior Court
90 Devonshire Street
Boston, Massachusetts 02109

RE:  Commonwealth vs Frederick J. Bush
     No. 02-0091

Dear Judge Hinkle:

Please find enclosed a copy of the defendant's pro se motion for release from unlawful restraint on the above case. I have also enclosed a copy of the docket entries for your convenience.

If you wish to hold a hearing, please advise us of the date, place and time and we will arrange to have all parties present.

Very truly yours,

Dolores A. Sullivan
Asst. Clerk

cc: District Attorney
    F. Bush