United States District Court
District of Massachussetts (Boston)

C.A. No. 04-12122-JLT

Fredrick J Bush
                Pettitioner,
V.

Joseph McDonough
                Respondent.

Motion for reassignment of respondent Title from former Plymouth County Sherriff "Joseph McDonough" to the new, current Plymouth County Sheriff "Joseph T. Macdonald.

Filed this 13th day in the month of April in the year of our Lord 2005.
    Respectfully,

    Fredrick Bush
        # 20903