United States District Court
District of Massachussetts (Boston)

C.A. NO. 04-12122-JLT

Fredrick J Bush

pettitioner,

V.

Joseph McDonough

respondent.

Motion for current and updated docket Summary, up to present, including this filing of Motion.

Filed this 13th day of the month of April in the 2005th year of our Lord.

Respectfully,

Fredrick Bush

# 20903