United States District Court
District of Massachussetts (Boston)

Case #: 1:04-CV-12122-JLT

Fredrick Bush
         petitioner,
V.

Joseph Mcdonald,
         respondent.

Motion to Compell appointment of Counsel, evidentiary hearing.

    Now Comes Pettitioner whom respectfully request this honorable Court to appoint proper Legal Counsel for this Indigent Pettitioner, and to habe Pettitioner to a hearing where he may present issues evidence, Argument for a timely resolution to claims presented in original pettition.
    It is further requested that pettitioner be informed of any obstacles which may be preventing a timely progression of Due process.

Sighned this ___ day in the filed month of June in the 2005th day of our Lord.

         Respectfully
         Fredrick Bush