United States District Court
District of Massachussetts (Boston).

Case No. 1:04-CV-12122-JLT

Fredrick J. Bush,
   petitioner,

V.

Joseph McDonough,
Sheriff, Respondent.

### Motion to Reconsider:

Now come's petitioner whom respectfully requests this Honorable Court, His Honor J. 'Joseph Tauro' to reconsider dismissal of the petition of record for Alledged failure to exhaust State Court Remedies. Whereas after a denial of hearing for interlocutory appeal by the 'Supreme Judicial Court', petitioner filed Habeas in State Court on June 24th, 2004, along with two motions for State to Compell, recognize petition which went unheeded to date. A petition which stated verbatim the numerous procedural infirmities, violations of due process including but not Limited to: Perjury, Obstruction, Conspiracy, prosecutorial misconduct, Subornation, malicious prosecution.

All Constitutional Violations fairly, Substantially represented to Alert any resonable Jurist to the existence of Federal Questions, Jurisdiction. Respectfully Sighned under the pain, penalty of perjury this 22nd day in the filed month of June in the 2005th year of our Lord.

Fredrick Bush