United States District Court
District of Massachussetts, (Boston)

Fredrick Bush  V.  Joseph McDonough,
Case No. 1:04-cv-12122-JLT.

Motion to Object, Oppose:

Now comes Petitioner who respectfully Objects and Opposes Magistrate Judge Bowler's Report and recommendation that Petition be dismissed for Alledged failure to exhaust State Court Remedies.

Whereas Magistrate Bowler's memorandum, order evidences clear knowledge that petitioner more than adequately articulated to State Court in several successive motions his federally protected Constitutional rights which were deprived and violated.

Petitioner presented his Federal Claims verbatim, in detail so as to be sure to alert any cognizant, resonable Jurist to the existence of extrordinary infirmities of procedural, Judicially erroneous activities which facilitated a substantial, egregious miscarriage of Justice.

Petitioner humbly prays for the relief requested in original Habeas 2254 Petition filed.

Signed this 1st day in the filed month of July in the year of our Lord 2005 under the pain, penalty of perjury.

Respectfully
Fredrick J Bush