UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Frederick J. Bush__
   **Plaintiff**

V.             CIVIL ACTION

                NO. __04cv12122 JLT__

__Joseph McDonough, Sheriff__
   **Defendant**

## JUDGMENT

__Tauro,   D. J.__

In accordance with the Court's Endorsement  dated __July 20, 2005__ adopting the Magistrate Judge's Report and Recommendation of __June 17, 2005__ granting __6__ motion to dismiss in the above-entitled  action, it is hereby ORDERED:

Judgment for the   __Respondent__ .

                By the Court,

__July 26, 2005__          __/s/ Kimberly M. Abaid__
  Date             Deputy Clerk

(R&R Judgment.wpd - 12/98)