United States District Court
District of Massachussetts (Boston)

Fredrick J Bush - Pro Sé,          Civil Action No.
petitioner,                        04-12122-JLT

V.

Joeseph McDonald, Sheriff
of Plymouth County, respondent.

Motion to oppose, Appeal: dismissal of Petition due to Alledged failure to Exhaust State Remedies.

As Petitioner is pro Sé, uneducated in the practice of Law, has been denied Legal representation from Dec 7th, 2001 the day of incident, has been imprisoned by A Substantial Miscarriage of Justice by being Constitutionally Violated, and deprived, Am still being deprived, persecuted without Legal Counsel, Advice and information, or aid in filing Court Submissions. I appeal to this honorable Court for Leniency in the Strict Legal proprieties, that I face insufficiently armed with only truth, good intentions for Justice. My plea for Justice in form of A Motion for Unlawfull Restraint for Several Constitutional Violations, deprivations to State Court Trial Judge Margarette Hinkle completely, unequivacally ignored before I attempted to obtain Federal relief from an eventually one day to be remedied wrongfull Conviction in State Court, please reconsider my exhaustion attempt to State Court by Alerting them to federal question. Sighned this 4th day of August in the 2005th year of our Lord. respectfully

Fredrick J Bush