United States District Court

District of Massachussetts, (Boston)

Fredrick. J. Bush,                    CASE # 1:04-CV-12122-JLT
                petitioner,
V.

Joseph T. McDonald,
                respondent.

Motion for Certificate of Appealability.

Now comes the Petitioner who respectfully request this Honorable Court to grant A Certificate of Appealability, or any other such allowance to make Appeal possible. As Petitioner is indigent, pro-Sé, untrained in the law, Judicial appeal process.

Petitioner has been denied Legal representation by default at State Level, and Subsequently this Court "Federal" has Also denied my plea for Legal Assistance, and I have absolutely no Legal Access in this prison, I am dismayed, frustrated and ask for kind assistance, information on the U.S. Appeals process, as well as time extending past the restraints imposed in the rules of Appeals.

I would ask once again for proper Legal Counsel to be appointed to Aid me in my quest for release from wrongful imprisonment, Justice, and remedies that will be forthcoming when Justice is finally realized in this egregious case of a substantial miscarriage of Justice. Signed this 5th day in the month of Sept in the 2005th year of our Lord. Respectfully!

Fredrick Bush