04-12122-JLT 9-2-05
received in Clerk's Office - USDC
9/6/05

To: Tony Anastas - Clerk of Court

From: Fredrick J Bush # 20903
26 Long Pond Rd., C-1, 123
Plymouth, Mass., 02360

Dear Mr. Anastas:

I am in a bad situation as I don't know the procedure to file for Certificate of Appealability. I have written to Legal Services here and requested the 28 U.S.C. Sec. 2253; Local Rule 22.1(b). As directed in "order of Court" document. Legal has not come to see me, did not send the Rules requested above its been 5 days gone by since I recieved this on 8-27-05. I am frustrated, am asking if you could send the appropriate forms, Rule's and procedures to file for this Certificate. Also I don't know what transcripts are needed as they have all been done except for the trial. There is in State Court 2 Danger hearings, 2 motions

— to Suppress, Grand Jury minutes.
    I'm hoping the Court (fed Court) has these already, if not please let me know so I can put them on the order form. And I asked for application to file (forma Pauperis) and I havent recieved any help here at all please send the proper ~~files~~ application if you can.
    I'm trying to comply with these rules, procedures, but I have no books or files to veiw, Legal is Vexing me here, and I've been denied counsel by your Court as well, I am dismayed and afraid I will be discarded as the State Court did because I didn't send a copy of my State petition to the District Attorney, or thats what I think because I did Alert my Trial Judge Hinkle to the federal Question in more than grand fashion. Any Assistance, forms directions you can give will be so very much Appreciated,
        Sincerely Fred Rush

# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 05-2260

FREDRICK J. BUSH

Petitioner - Appellant

v.

JOSEPH D. MCDONALD, Sheriff of Plymouth County

Respondent - Appellee

ORDER OF COURT
Entered: 8/26/05

This court has docketed petitioner-appellant's appeal from the denial of his petition for writ of habeas corpus under 28 U.S.C. Sec. 2254. The case cannot go forward unless a certificate of appealability issues. 28 U.S.C. Sec. 2253. A request for a certificate of appealability must first be sought in the district court. See Local Rule 22.1(b).

It does not appear that petitioner-appellant has filed a request for a certificate of appealability in the district court. Accordingly, we direct petitioner-appellant to apply for a certificate of appealability from the district court forthwith. We further order petitioner-appellant to file a status report in this court by 9/26/05 and every thirty days thereafter, informing us that he has applied for a certificate in the district court and advising us of the status of that application. We further order petitioner-appellant to inform us immediately once the district court reaches a decision on the application for a certificate.

If a status report is not filed by 9/26/05, and at thirty-day intervals thereafter, this appeal may be dismissed for want of diligent prosecution.

*I need to know how to file for Certificate, and about Status-reports. ?*

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER

By_____
Chief Deputy Clerk

*Legal Service here has denied me any assistance for a week now.*

To:    Fredrick J. Bush