UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-12122-JLT

FREDRICK J. BUSH,
    Petitioner,

v.

JOSEPH D. McDONALD,
    Respondent.

MOTION FOR LEAVE TO
APPEAL in Forma Pauperis

    The petitioner hereby respectfully moves this Honorable court for Leave to Appeal in forma Pauperis and proceed without Prepayment of fees, on the grounds that Petitioner filed this court's standard form 4, averring that he is indigent and without sufficient funds to pay the $255.00 appellate filing fee.
    Accordingly, Petitioner's financial affidavit and Motion are in compliance with Fed. R. App. P. 24(a)(5). In further compliance with Fed. R. App. P. 24, the Petitioner is waiting for a certified copy of his prison trust account information. The Petitioner does intend to forward a copy of same as soon as it is made available. For the foregoing reasons the petitioner prays that his Motion be Allowed.

Respectfully Submitted,
by The Petitioner,
Fredrick J. Bush,

Mr. FREDRICK J. BUSH

**CERTIFICATE OF SERVICE**

    I hereby certify that I have caused a true copy to be served by first class mail upon:

Randall E. Ravitz
Attorney General's Office
One Ashburton Place
18th Floor
Boston, Ma 02108

Mr. FREDRICK J. BUSH
February 20, 2006