04-12122

# United States Court of Appeals
## For the First Circuit

No. 05-2260

FREDRICK BUSH,
Petitioner, Appellant,

v.

JOSEPH D. McDONALD,
Respondent, Appellee.

### ORDER OF COURT

Entered: September 26, 2006
Pursuant to 1st Cir. R. 27(d)

The mandate issued on September 8, 2006, is administratively recalled as issued in error.

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By: _____
Chief Deputy Clerk

[certified copy: Honorable Joseph L. Tauro, Sarah A. Thornton, Clerk, United States District Court for the District of Massachusetts]
[cc: Fredrick Bush, Randall E. Ravitz, Esq.]