# United States Court of Appeals
## For the First Circuit

No. 05-2260

FREDERICK BUSH,
Petitioner, Appellant,

v.

JOSEPH D. MCDONALD, SHERIFF OF PLYMOUTH COUNTY,
Respondent, Appellee.

**ORDER OF COURT**

Entered: October 24, 2006

By order dated September 27, 2005, the district court denied petitioner's motion to proceed in forma pauperis on appeal without prejudice to resubmittal of a completed application form accompanied by a certified statement of his prison account. Petitioner has now submitted his renewed application and statement of prison account to the court of appeals, rather than to the district court. Consequently, we transmit petitioner's affidavit of indigency and statement of prison account to the district court to be treated as the resubmittal allowed by the district court's September 27, 2005 order.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
Chief Deputy Clerk.

[certified copy: Honorable Joseph L. Tauro, Sarah A. Thornton,
Clerk, United States District Court for the
District of Massachusetts]
[cc: Fredrick Bush, Randall E. Ravitz, Esq.]