To: United States District Court of Mass.

From: Fredrick J Bush # 20903
26 long pond rd. H-1, 226
Plymouth, Mass., 02360

Dear Ms. Abaid:

    I am writing to request info for filing Habeas Corpus U.S.C. 42, 1983 as well as a request for Certiorari to the Supreme Court after being denied further Appellate reveiw in the Supreme Judicial Court.

    I need a package with the rules and forms ect. that I've heard, think you gave me in the past.

    I was wondering if I can renew my Habeas filed in 2003 or around feb 2004; I remember your name from my docket sheet Judge Tauro was my Judge and Magistrate Margaret Bowler oversaw the case and I was ultimately denied w/o prejudice for failure to exhaust State →

remedy's, which has been done at this point with the S.J.C. refusal to hear further reveiw.

Please send me any + all information you have available along with any advice or assistance about whether I-being indigent am entitled to legal counsel at the federal level and does it come from C.P.C.S. or is there a federal program for Court appointed Attorney's?

Please assist me in this situation as right now as before in 2004 I am Pro-Se until I may aquire counsel from wherever I'm writing C.P.C.S. about counsel as well, but I need my case Habeas reopened if that's possible without refiling although I'll be happy to refile I just need instructional information.

Thank you for your help

Fredrick Kush

✱ I don't have the federal docket # can't remember it.
My Superior court Doc # 02-00091-7
✱Plymouth County, SS. Again — No. 02-00091 (c01-007)

Please respond A.S.A.P.

Thanks Fred Bush